# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Cooper Equipment, Inc., an Idaho corporation, Energy Heating, LLC, an Idaho limited liability company, and Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> Armstrong International, Inc., a Michigan corporation, <br><br> Defendants. | **ORDER RE ADMISSION PRO HAC VICE** <br><br><br><br> Case No. 4:12-cv-095 |

Before the court are motions for attorneys Bobby B. Soltani, Steven V. Gibbons, and F. Ross Boundy to appear *pro hac vice* on behalf of Plaintiff Cooper Equipment, Inc.. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Bobby B. Soltani, Steven V. Gibbons, and F. Ross Boundy have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 5-7) are **GRANTED**. Attorneys Bobby B. Soltani, Steven V. Gibbons, and F. Ross Boundy are admitted to practice before this court in the above-entitled action on behalf of Cooper Equipment, Inc.

**IT IS SO ORDERED.**

Dated this 27th day July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge